UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 1:15-CR-107 |
| | : | |
| | : | **SUPERSEDING** |
| | : | **INFORMATION** |
| V. | : | |
| | : | 18 U.S.C. § 2261A(2)(A) & (B) |
| | : | 18 U.S.C. § 2261(b)(4) |
| | : | |
| NICHOLAS KURTZ | : | NOTICE OF FORFEITURE |

**The United States charges that:**

### COUNT 1
### (Cyberstalking)

Between September 1, 2013 and January 21, 2015, in the Southern District of Ohio and elsewhere, Defendant, **NICHOLAS KURTZ**, with the intent to injure, harass, and cause substantial emotional distress to a person in another state, namely, a minor child under the age of fourteen years, used facilities of interstate or foreign commerce, including electronic mail and internet websites, to engage in a course of conduct that caused substantial emotional distress to the victim and placed her in reasonable fear of death or serious bodily injury.

In violation of Title 18, United States Code, Sections 2261A(2)(A) & (B) and 2261(b)(4).

KENNETH L. PARKER
UNITED STATES ATTORNEY

*/s/ Christy L. Muncy*
CHRISTY L. MUNCY
ASSISTANT UNITED STATES ATTORNEY