AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 1:15-CR-107 |
| Nicholas Kurtz | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11-14-22

*Defendant's signature*

*Signature of defendant's attorney*

Jon Paul Rion

*Printed name of defendant's attorney*

T. Black

*Judge's signature*

Timothy S. Black, U.S. District Judge
*Judge's printed name and title*